

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2020

No. 04-19-00702-CR

Jesse Gregory **NARVAIZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR0351
Honorable Frank J. Castro, Judge Presiding

# O R D E R

The reporter's record was originally due on December 9, 2019. On December 18, 2019, the clerk of this court notified court reporter Sachiko Nagao that she is the court reporter responsible for timely filing the reporter's record in this appeal and that the reporter's record is late. The clerk explained that if the reporter's record had not been filed because (1) the appellant had failed to pay or make arrangements to pay the reporter's fee and (2) the appellant was not entitled to appeal without paying the fee, the court reporter must file a notification of late record stating such fact within ten days. Otherwise, the court reporter must file the reporter's record within thirty days.

The court reporter has not filed a notification of late record, nor has she filed the reporter's record. We therefore ORDER Sachiko Nagao to file the reporter's record no later than **March 2, 2020.** If the reporter's record is not received by such date, an order may be issued directing Sachiko Nagao to appear and show cause why she should not be held in contempt for failing to file the record.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2020.



_____

MICHAEL A. CRUZ,
Clerk of Court